JOHN W. WRIGHT AND ANOTHER v. BENJAMIN WILMOT.

The court cannot supply, by construction or intendment, the want of proper certainty in a writ, as to the time when the defendant is cited to appear, &c. in order to support a judgment by default. If the writ be defective, it should be quashed, and another citation properly served upon the defendant.

ERROR from Dallas. Tried below before the Hon. Nat. M. Burford.

The facts are stated in the opinion.

*Good* and *McKenzie*, for plaintiffs in error.

*Nicholson*, for defendant in error.

BELL, J. The plaintiffs in error were defendants in the court below. The writ to defendant, Wright, purports to have been issued on the 4th of December, 1858. The writ to Leonard, was issued on the 4th of January, 1858. The writs cite the defendants to appear "on the 16th Monday, after the 4th Monday in September, 1858." The judgment was rendered, by default, on the 25th day of January, 1858.

The service is not sufficient to support the judgment. The writs were defective, and ought to have been quashed, and other citations properly served on the defendants. The courts cannot supply, by construction or intendment, the want of proper certainty in a writ, in point of time. The judgment is reversed, and the cause remanded.

Reversed and remanded.